# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 17, 2019

158455

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

LEO DUWAYNE ACKLEY, a/k/a LEO
DUANE ACKLEY, JR., a/k/a LEO
DUWAYNE ACKLEY, II,
     Defendant-Appellant.

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158455
COA: 336063
Calhoun CC: 2011-003642-FC

_____/

On order of the Court, the application for leave to appeal the August 2, 2018 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v McFarlane* (Docket No. 158259) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 17, 2019

Clerk

p1010